O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-6121 AHM (SHx) | Date | October 1, 2008 |
|---|---|---|---|
| Title | AARON HIMALAYA ROBERTS  v. CITY OF HERMOSA BEACH, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:　　　Attorneys **NOT** Present for Defendants:

**Proceedings:**　　IN CHAMBERS (No Proceedings Held)

　　For the following reasons and good cause appearing therefor, the Court GRANTS the Plaintiff's Ex Parte Motion for Clarification of the Court's September 23, 2008 Order, etc.[1]

　　Defendants shall provide the discovery that Plaintiff requested on September 12, 2008, by not later than October 13, 2008. "Provide" means turn it over—not object to it, unless the objection is so indisputably meritorious that the Court would sustain it. If Defendants proceed at their peril and do object, and either Magistrate Judge Hillman or this Court overrule the objection, sanctions may be imposed.

　　The notion that compliance is excused because the last date to provide discovery is a court holiday is preposterous, and Defendants should not have taken that position. The courthouse does not have to be open for discovery to be provided. If Defendants attempt to state such frivolous positions in the future, sanctions may be imposed.

///
///
///
///

---

　　[1] Docket No. 50. Note, although the caption of the Ex Parte motion refers to a September 23, 2008 order, the order continuing the discovery cutoff was actually filed on September 19, 2008. *See* Docket No. 45.

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-6121 AHM (SHx) | Date | October 1, 2008 |
|---|---|---|---|
| Title | AARON HIMALAYA ROBERTS  v. CITY OF HERMOSA BEACH, *et al.* | | |

///

     Nothing in this order suggests or should be construed to permit Plaintiff to evade or avoid scheduling requirements the Court previously imposed, except to the extent they were already modified.

|  | : |
|---|---|
| Initials of Preparer | SMO |