O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-6121 AHM (SHx) | Date | November 6, 2008 |
|---|---|---|---|
| Title | AARON HIMALAYA ROBERTS v. CITY OF HERMOSA BEACH, *ET AL.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:  Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court DENIES Plaintiff's Ex Parte Request for Order to Show Cause re Sanctions,[1] filed on October 31, 2008.

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Docket No. 82.