O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-6121 AHM (SHx) | Date | December 5, 2008 |
|---|---|---|---|
| Title | AARON HIMALAYA ROBERTS v. CITY OF HERMOSA BEACH, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court GRANTS Plaintiff's Motion in Limine to Exclude Plaintiff's Plea and Conviction.[1]  Evidence of Plaintiff's plea and conviction may not be admitted for either of the reasons stated in Defendants' opposition to the Motion.  Specifically, it may not be admitted to refute damages or as proof of bias against the defendant officers.  Plaintiff is precluded from claiming any damages related to any events that occurred after Plaintiff was subdued and taken into custody.

In addition, the Court orders Thomas E. Beck and Stephen M. Doniger to file in camera and under seal sworn declarations explaining why and how it came about that they misrepresented more than once the facts relating to the crime Plaintiff was convicted of and whether he pled no contest.  The Court authorizes Mr. Beck and Mr. Doniger to disclose communications with their client if necessary.  The declarations must be filed on or before December 12, 2008.

|  | : |
|---|---|
| Initials of Preparer | RJ |

---

[1] Docket. No. 109.