O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-6121 AHM (SHx) | Date | December 18, 2008 |
|---|---|---|---|
| Title | AARON HIMALAYA ROBERTS v. CITY OF HERMOSA BEACH, *ET AL.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

    On December 5, 2008, the Court ordered "Thomas E. Beck and Stephen M. Doniger to file in camera and under seal sworn declarations explaining why and how it came about that they misrepresented more than once the facts relating to the crime Plaintiff was convicted of and whether he pled no contest." The Court ordered the declarations to be filed on or before December 12, 2008. Mr. Doniger has failed to file any declaration.

    The Court therefore ORDERS Mr. Doniger to show cause, in writing, on or before December 29, 2008 why the Court should not impose sanctions on him in the amount of $500 for failing to comply with Federal Rule of Civil Procedure 11 and Local Rule 11-9, in light of his initial unfounded advocacy and for violating both 28 U.S.C. § 1927 and Local Rule 83-3.1.12 in not responding to this Court's inherent power to maintain control over proceedings.

|  | : |
|---|---|
| Initials of Preparer | SMO |