COURTESY COPY

1    S. Frank Harrell, Esq. [State Bar #133437]
     SFH@lynberg.com
2    Alexandru D. Mihai, Esq. [State Bar #251770]
     Amihai@lynberg.com
3    LYNBERG & WATKINS
     A Professional Corporation
4    333 City Boulevard West, Suite 640
     Orange, California  92868-5915
5    (714) 937-1010
     (714) 937-1003
6
7    Attorneys for Defendants,
     CITY OF HERMOSA BEACH

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11   AARON HIMALAYA ROBERTS,          )   Case No.: CV07-06121 AHM (SHx)
12                        Plaintiff,) Assigned to the Hon. A. Howard Matz
                                      )
13              v.                    )
                                      )   [PROPOSED] JUDGMENT
14   CITY OF HERMOSA BEACH,           )
     OFFICER S. SAYLOR, OFFICER D.    )
15   SELLAN, OFFICER BOHACIK and      )
     DOES 1 to 100, inclusive,        )
16                                    )
17                        Defendants.)
                                      )
18
19
20
21
22
23
24
25
26
27
28

FILED
CLERK, U.S. DISTRICT COURT
JAN 20 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

1    This action came on regularly for trial on January 6, 2009 in Courtroom 14
2  of the United States District Court, Central District of California located at 312
3  Spring Street, Los Angeles, California, the Honorable A. Howard Matz, presiding.
4  Plaintiff Aaron Himalaya Roberts. ("Plaintiff") appeared by attorneys Thomas
5  Beck, Stephen M. Donniger and Scott A. Burroughs.  Defendant City of Hermosa
6  Beach appeared by attorneys S. Frank Harrell and Alexandru D. Mihai.  Defendant
7  Officer Donovan Sellan appeared by attorneys Gregory Stone and Vanessa
8  Martinez.  A jury of eight persons was regularly impaneled and sworn.  After one
9  juror was excused by stipulation of the parties, seven jurors remained and
10  deliberated.

11    After hearing all of the evidence, the Court duly instructed the jury and the
12  cause was submitted to the jury.  On January 13, 2009, the jury returned into Court
13  with a Special Verdict as follows:

14                    **SPECIAL VERDICT FORM**

15  **QUESTION NO. 1**

16    Did Plaintiff AARON HIMALAYA ROBERTS prove that defendant
17  DONOVAN SELLAN used excessive force against him?

18

19    Yes____          No_X_

20  **QUESTION NO. 2**

21    Did Plaintiff AARON HIMALAYA ROBERTS prove that former Hermosa
22  Beach Police Officer SCOTT KANSAKU used excessive force against him?

23

24    Yes____          No_X_

25

26  ///
27  ///
28  ///

1
**[PROPOSED] JUDGMENT**

1    NOW, THEREFORE, **IT IS ORDERED, ADJUDGED AND DECREED**

2    as follows:

3        Defendants City of Hermosa Beach and Officer Donovan Sellan have

4    Judgment in their favor and that Plaintiff Aaron Himalaya Roberts takes nothing

5    by way of his operative complaint against these Defendants.

6        That Defendants recover from Plaintiff, their costs of suit in accordance

7    with applicable law; and that this matter be, and hereby is, dismissed as to

8    Defendants City of Hermosa Beach and Officer Donovan Sellan  with prejudice.

9

10   **IT IS SO ORDERED.**

11   1/20/09

12   _____
     HON. A. HOWARD MATZ
     Magistrate Judge

13   MAKE JS-6

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] JUDGMENT**

2